1  JACQUELINE TIRINNANZI, ESQ.
   Nevada Bar No. 13266
2  KATHLEEN BLISS LAW PLLC
   1070 West Horizon Ridge Pkwy., Suite 202
3  Henderson, Nevada 89012
   Telephone: 702.463.9074
4
   *Attorney for Peter Stincer*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIGI J. MONTES,<br><br>ALEXANDER HOYOS RIVERA, and<br><br>PETER ALEXANDER STINCER,<br><br>Defendants. | Case No. 2:21-mj-1027-DJA<br><br>ORDER to Advance Date of Defendant's Summons as to Petition on Action on Conditions of Pretrial Release (ECF No. 61) |

It is hereby stipulated and agreed, by and between Jason Frierson, United States Attorney, through Jim W. Fang, Assistant United States Attorney, and Jacqueline M. Tirinnanzi, Esq., counsel for Defendant Peter Alexander Stincer, that Counsel respectfully requests this Court to advance Mr. Stincer's summons for appearance as to the Petition for Action on Conditions of Pretrial Release, from September 7, 2022 at 3:00 p.m. as originally designated by the summons (ECF No. 61) and to reschedule for September 6, 2022 at 3:00 p.m. Counsel respectfully requests this Court to advance the appearance date by one day due to a conflict in defense counsel's pre-existing case obligations, specifically for the reason that counsel is scheduled to travel to Reno the morning of September 7, 2022 for a jury trial. The Government has no objection to the request. Therefore, the parties stipulate, subject to the Court's approval, that Mr. Stincer must

appear on September 6, 2022 at 3:00 p.m. for the summons as to the Petition for Action on Conditions of Pretrial Release.

THEREFORE, IT IS HEREBY ORDERED that the summons in the above-captioned matter currently scheduled for September 7, 2022, at 3:00 p.m. be vacated and reset to September 6, 2022, at 3:00 p.m., Courtroom 3A.

DATED this 2nd day of September, 2022.

DATED this 31st day of August, 2022.

JASON FRIERSON
United States Attorney

 s/Jim W. Fang
JIM W. FANG
Assistant United States Attorney
*Counsel for the United States*

 s/ Jacqueline M. Tirinnanzi
JACQUELINE M. TIRINNANZI, ESQ.
*Counsel for Defendant Stincer*

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE