JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
JIM W. FANG
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: jim.fang@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>PETER ALEXANDER STINCER,<br><br>         Defendant. | Case No. 2:21-mj-1027-DJA<br><br>ORDER GRANTING<br>STIPULATION TO CONTINUE REVOCATION OF PRETRIAL RELEASE HEARING (SECOND REQUEST) |

    It is hereby stipulated and agreed, by and between Jason M. Frierson, United States Attorney, through Jim W. Fang, Assistant United States Attorney, and Jacqueline M. Tirinnanzi, Esq., counsel for Defendant Peter Alexander Stincer, that the hearing for pretrial release revocation in the above-captioned matter, previously scheduled for November 8, 2022, at 2:00 p.m., be vacated and continued until a time convenient to the Court, but no earlier than December 1, 2022.

    Defense counsel has not finished her investigation of the alleged violation and needs additional time to discuss the matter with defendant. Additionally, the parties are still exploring the possibility of resolving the matter without a hearing, which is complicated by another ongoing case against defendant in state court, so the parties need additional time for coordination. Moreover, defense counsel has leave for the upcoming Thanksgiving holidays. Accordingly, the parties agree and jointly and respectfully ask the Court to

1  continue the hearing to a time convenient to the Court, but no earlier than December 1,
2  2022. Defendant is in custody and agrees to the continuance.
3  Dated this 4th day of November, 2022.
4  JASON M. FRIERSON
   United States Attorney
5
6  By: s/ *Jim W. Fang*                By: s/ *Jacqueline M. Tirinnanzi*
       JIM W. FANG                          JACQUELINE M. TIRINNANZI, ESQ.
7      Assistant United States Attorney     Counsel for Defendant Stincer

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>PETER ALEXANDER STINCER,<br><br>　　　　　　　Defendant. | Case No. 2:21-mj-1027-DJA<br><br>**FINDINGS OF FACT** |

   Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that in the interest of justice, the disposition of the pending revocation proceeding in this matter should be continued to allow the defense adequate time to investigate the allegation and to allow the parties time to potentially resolve the matter without a hearing.

## ORDER

   IT IS ORDERED that the revocation of pretrial release hearing in *United States v. Peter Alexander Stincer*, 2:21-mj-1027-DJA, set for November 8, 2022, at 2 p.m., is hereby VACATED, and RESET for  December 7, 2022 at 10:00 am in LV Courtroom 3D  .

By: _____
　　THE HONORABLE CAM FERENBACH
　　UNITED STATES MAGISTRATE JUDGE

DATED this 7th day of November, 2022.